# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**LARRY PALMER**                                                              **PLAINTIFF**

**vs.**                                            **CIVIL ACTION NO.  3:17CV-160-CRS**

**HAMILTON ACCOUNTS SERVICES, INC., ET AL**                          **DEFENDANTS**

### ORDER OF DISMISSAL

Counsel for the Plaintiff having filed a Notice of Voluntary Dismissal (DN 14), and the

Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with

prejudice.  Each party to bear their own costs and attorneys' fees.

Dated:   June 3, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record